UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA MANGOLD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:10 CV 1991 RWS |
| v. ) | |
| ) | |
| LINCOLN COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs filing a Surreply Memorandum in Response to Defendant Judges' Reply Memorandum for their Motion to Dismiss [#27]. Memoranda in addition to a memorandum in support of a motion, a response memorandum, and a reply memorandum may only be filed with leave of Court. E.D. Mo. L.R. 4.01. In my discretion, I will consider Plaintiffs' filing to be a motion for leave to file a surreply and will grant Plaintiffs leave.

I will also grant Defendants Judge Dan Dildine, Judge Ben Burkemper, Judge Amy Kinker, and Judge David Ash leave to file a surreply to Plaintiffs' surreply.

Defendants shall also brief whether their conduct alleged in the Amended Complaint falls within the "declaratory relief was unavailable" exception to 42 U.S.C. § 1983 general prohibition on pursuing injunctive relief from a judicial officer. Defendants shall file their surreply, if at all, no later than **June 22, 2011**.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiffs are granted leave to file a Surreply to Defendants' Motion to Dismiss [#27].

**IT IS FURTHER ORDERED** that Defendants Judge Dan Dildine, Judge Ben Burkemper, Judge Amy Kinker, and Judge David Ash are granted leave to file a Surreply to Plaintiffs' Surreply and may file their surreply, if at all, no later than **June 22, 2011**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of June, 2011.